W. S. GILLMAN, APPELLANT, V. FRANK TOPINKA ET
APPELLEES.

FILED JUNE 9, 1904. No. 13,480.

APPEAL from the district court for Box Butte county:
JAMES J. HARRINGTON, JUDGE. *Reversed with directions.*

*R. C. Noleman* and *W. G. Simonson*, for appellant.

AMES, C.

This is an action to foreclose a real estate mortgage,
begun by the usual petition and due service of process.
The mortgagors made default; but another defendant,
who claimed some interest in the premises—the record
does not disclose what—appeared and moved to dismiss
the action, for the alleged reason that the subject matter
of it had been previously adjudicated between parties other
than those to this suit. No answer or other pleading was
filed. The court sustained the motion and rendered a
judgment of dismissal. The plaintiff appeals. There is no
appearance for the appellee or appellees in this court.

It is recommended that the judgment of the district
court be reversed and the cause remanded, with instruc-
tions to render a decree as prayed in the petition, unl
a defense shall be established by pleadings and proofs.

LETTON and OLDHAM, CC., concur.

By the Court: For the reasons stated in the foregoing
opinion, it is ordered that the judgment of the district
court be reversed and the cause remanded, with instruc-
tions to render a decree as prayed in the petition, unless
a defense shall be established by pleadings and proofs.

REVERSED.